In the Matter of the CITY OF UTICA, Respondent, against THE GEORGE F. WEAVER SONS COMPANY et al., Appellants.

(Submitted October 17, 1932; decided October 25, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 584.)

THEODORE W. SECKENDORFF, Respondent, *v.* HALSEY, STUART & Co., INCORPORATED, Appellant, Impleaded with Others.

(Submitted October 17, 1932; decided October 25, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 353.)